# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARY BOMMARITO,

       Plaintiff,         Case No: 2:05CV73359

Vs.

       Hon. Paul D. Borman

GROSSE POINTE YACHT CLUB,

       Defendant.

_____

| | |
|---|---|
| JAY A. SCHWARTZ (P-45268) | TERRY J. PAWLOWSKI (P-36297) |
| CARMEN MOYER (P-62698) | HARVEY KRUSE, P.C. |
| Attorneys for Plaintiff | Attorney for Defendant |
| 37887 W. 12 Mile Road, Ste. A | 1050 Wilshire Drive, Suite 320 |
| Farmington Hills, MI 48331 | Troy, MI 48084 |
| (248) 553-9400/(248) 553-9107 – fax | (248) 649-7800/(248) 649-2316 – fax |

_____

## PROTECTIVE ORDER

At a session of said Court held in the City of Detroit, County of Wayne, and State of Michigan, on

September 14, 2006

PRESENT:  Honorable Paul D. Borman

**IN ACCORDANCE** with the stipulation of the parties, as endorsed hereon, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that any and all of the Grosse Pointe Yacht Club's financial documents produced or otherwise made available, including but not limited to Tax Returns and Summary Spreadsheets, are deemed confidential and the information contained therein is confidential (hereinafter "confidential information") and shall be used solely for litigating the above-captioned matter and for no other purpose.

**IT IS HEREBY FURTHER ORDERED** that the "confidential information" shall be disclosed only to the following persons on the terms and conditions stated below:

1. The parties and their counsel. Counsel shall include legal, secretarial, clerical, and paralegal personnel working under the direction of the attorneys of record.

2. Experts who are assisting counsel in the preparation or presentation of the litigant's case, and who have agreed to keep the information confidential in accordance with the terms of this order.

3. The Court, research attorney(s), clerk(s), case manager(s), and secretary(s).

**IT IS HEREBY FURTHER ORDERED** that all persons receiving "confidential information" pursuant to this Order shall prevent the inadvertent disclosure of such information to persons other than those entitled to disclosure herein or inadvertent use of such information in this action.

**IT IS HEREBY FURTHER ORDERED** that no copies, summaries, or abstracts of the "confidential information" shall be made other than as set forth in this Protective Order.

**IT IS HEREBY FURTHER ORDERED** that "confidential information" filed in this Court shall be filed under seal pursuant to E. D. Mich. L. Civ. R. 5.3, and will remain sealed in accordance with E. D. Mich. L. Civ. R. 5.3. Further, "Sixty days after the entry of a final judgment and an appellate mandate, if appealed, attorneys must present to the court a proposed order specifying whether the material sealed with protective order is (a) to be returned to the parties or (b) unsealed and placed in the case file. Failure to present the order will result in the court ordering the clerk to unseal the material and place it in the case file." E. D. Mich. L. Civ. R. 5.3.

**IT IS HEREBY FURTHER ORDERED** that counsel shall retain possession of the original documents, exhibits, and the like produced by it, which constitute "confidential information".

**IT IS HEREBY FURTHER ORDERED** that all transcripts, exhibits, answers to interrogatories, and other documents filed in this action as well as any pleading or memorandum purporting to reproduce or paraphrase the same, shall be filed pursuant to E. D. Mich. L. Civ. R. 5.3.

**IT IS HEREBY FURTHER ORDERED** that all documents which constitute "confidential information" or which contain or relate to "confidential information" shall be returned on termination of this action to the producing litigant.

**IT IS HEREBY FURTHER ORDERED** that nothing herein shall be construed as a limitation on the right of any litigant to object to the admissibility of the evidence on the basis of irrelevancy, immateriality, privilege or some other ground, or to contest whether, as a matter of law, any matter in evidence constitutes confidential or proprietary information.

**IT IS HEREBY FURTHER ORDERED** that the Court upon Motion of any party may modify this Protective Order.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2006

CERTIFICATE OF SERVICE

     Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 14, 2006.

                                                 s/Denise Goodine
                                                 Case Manager

Approved as to form and notice of entry waived:

/s/ with consent of Jay A. Schwartz
JAY A. SCHWARTZ (P-45268)
CARMEN MOYER (P-62698)
Attorneys for Plaintiff


/s/ Terry J. Pawlowski
TERRY J. PAWLOWSKI (P-36297)
BISHOP BARTONI (P66020)
Attorneys for Defendant